UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MATTICE/STEGER |
| | ) | |
| v. | ) | CASE NO. 1:15-CR-12 |
| | ) | |
| ANGELA MICHELLE GARIBOTTE | ) | |

**O R D E R**

On October 13, 2015, Magistrate Judge Christopher H. Steger filed a Report and

Recommendation recommending (a) the Court accept Defendant's plea of guilty to Count Two of

the Superseding Indictment in exchange for the undertakings made by the government in the

written plea agreement; (b) the Court adjudicate Defendant guilty of the charges set forth in Count

Two of the Superseding Indictment; (c) that a decision on whether to accept the plea agreement be

deferred until sentencing; and (d) Defendant shall remain in custody pending sentencing in this

matter (Doc. 246).   Neither party filed an objection within the given fourteen days.   After

reviewing the record, the Court agrees with the magistrate judge's report and recommendation.

Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and

recommendation pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Count Two of the Superseding Indictment, in exchange for

the undertakings made by the government in the written plea agreement, is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count Two of the

Superseding Indictment;

(3) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing;

and

(4) Defendant **SHALL REMAIN IN CUSTODY** pending sentencing on **Monday,**

**March 21, 2016, at 2:00 pm**.

**SO ORDERED.**

**ENTER:**

_____/s/ Harry S. Mattice, Jr._____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE